

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00258-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion to consolidate appeals is hereby DENIED.

It is so **ORDERED** on August 22, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court